171 So.2d 668

**Mrs. Mary Traylor ODOM**

v.

**J. W. HULSE.**

No. 47626.

Feb. 26, 1965.

In re: J. W. Hulse applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 170 So.2d 147.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

171 So.2d 668

**James RUSS**

v.

**INDIANA LUMBERMEN'S MUTUAL INSURANCE COMPANY.**

No. 47632.

Feb. 26, 1965.

In re: James Russ applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 171.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

171 So.2d 668

**Oswald W. VIOSCA et al.**

v.

**TOURO INFIRMARY et al.**

No. 47635.

Feb. 26, 1965.

In re: Touro Infirmary and Hardware Mutual Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 222.

The application is denied. According to the facts, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.